IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 12-cv-00573-REB-MJW

DANIEL MORRIS,

Plaintiff(s),

v.

AURORA LOAN SERVICES, LLC;
SETERUS, INC., d/b/a IBM LENDER BUSINESS PROCESS SERVICES, INC.; and
FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally corporation;

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Vacate Scheduling Order [Docket No. 7, Filed May 11, 2012] is GRANTED in that the Scheduling Conference set May 14, 2012 at 10:00 a.m. is **CONVERTED** to a Telephonic Status Conference. It is

FURTHER ORDERED that plaintiff's counsel shall create a conference call with any and all attorneys he has discussed settlement in this case with as representing any and all defendants. Once all parties are on the conference call, the Court shall be added as the final connection by contacting the Court at (303) 844-2403 May 14, 2012 at 10:00 a.m. (Mountain Time).

Date: May 11, 2012